**Order entered September 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00109-CR

### RAYMOND OSCAR ROBLEDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-00555-W

## ORDER

Before the Court is appellant's September 14, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on October 16, 2020.

/s/     LANA MYERS
JUSTICE